IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| CEDRIC HECK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 214-099 |
| | * | |
| RREMC, LLC and/or | * | |
| RREMC III, LLC, and/or | * | |
| RREMC, Inc., and/or | * | |
| RREMC Restaurants, LLC, | * | |
| d/b/a Denny's, Inc., | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

On March 23, 2015, Plaintiff in this race discrimination dispute filed a "joint stipulation of dismissal with prejudice," noting that the parties have reached a full resolution of all claims and that each party shall bear its own costs. (Doc. no. 17.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case

**ORDER ENTERED** at Augusta, Georgia, this 27th day of March, 2015.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia